# United States Court of Appeals
# for the Federal Circuit

SEOUL SEMICONDUCTOR CO., LTD., SEOUL VIOSYS CO., LTD.,
*Plaintiffs*

v.

FINELITE, INC.,
*Defendant/Third Party Plaintiff-Appellant*

v.

SAMSUNG SEMICONDUCTOR, INC.,
*Third-Party Defendant-Appellee*

*On Appeal from the United States District Court
for the Northern District of California, Hon. Trina L. Thompson
Case No. 3:22-cv-02869-TLT*

## NOTICE OF CORRECTION FOR APPELLANT FINELITE, INC.'S CORRECTED OPENING BRIEF AS FILED IN THE NINTH CIRCUIT

THOMAS J. RECHEN
MARK D. GIARRATANA
KEVIN REINER
MCCARTER & ENGLISH, LLP
CityPlace I, 185 Asylum Street
Hartford, Connecticut 06103
(860) 275-6700
trechen@mccarter.com
mgiarratana@mccarter.com
kreiner@mccarter.com

*Counsel for Defendant/Third-Party Plaintiff-Appellant*

Defendant/Third-Party Plaintiff-Appellant Finelite, Inc. ("Finelite") filed its Opening Brief with this Court [Document 9-1] via the CM/ECF system in the above captioned appeal on May 13, 2025. On May 15, 2025, Finelite received a Notice of Non-Compliance from the Court [Document 20]. Finelite has made the following changes with respect to its Corrected Opening Brief in accordance with the Notice of Non-Compliance: (i) Finelite has revised the caption to conform with the official caption provided by the Court [Document 1-1]; and (ii) Finelite has filed its Excerpts of Record, which was originally filed in the same docket entry as the Opening Brief, as a separate docket entry.

Finelite submits that these changes, and Finelite's updating of the cover of the brief to indicate that it is a corrected brief, are the only changes made to the originally-filed brief. Finelite submits that the changes are non-substantive and do not alter Finelite's presentation of the law, the factual issues or arguments in the brief. The filing of the Corrected Opening Brief is not believed to impact any future scheduling. Entry of the Corrected Opening Brief, filed concurrently herewith, is respectfully requested.

ME1 53167727v.1

Dated: May 20, 2025                    McCARTER & ENGLISH, LLP

/s/ *Thomas J. Rechen*
Thomas J. Rechen
Mark D. Giarratana
Kevin L. Reiner
McCARTER & ENGLISH, LLP
CityPlace I, 185 Asylum Street
Hartford, Connecticut 06103
(860) 275-6700
trechen@mccarter.com
mgiarratana@mccarter.com
kreiner@mccarter.com

*Attorneys for Defendant/Third-Party*
*Plaintiff-Appellant Finelite, Inc.*

ME1 53167727v.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2025, a true and correct copy of the foregoing

**NOTICE OF CORRECTION FOR APPELLANT FINELITE, INC.'S CORRECTED OPENING BRIEF AS FILED IN THE NINTH CIRCUIT**

is being filed and served on all counsel of record using the court's CM/ECF system.

Dated: May 20, 2025

*/s/ Thomas J. Rechen*
Thomas J. Rechen
Mark D. Giarratana
Kevin L. Reiner
McCARTER & ENGLISH, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
Tel: (860) 275-6700
Fax: (860) 724-3397
trechen@mccarter.com
mgiarratana@mccarter.com
kreiner@mccarter.com

*Attorneys for Defendant/Third-Party Plaintiff-Appellant Finelite, Inc.*