# United States Court of Appeals for the Federal Circuit

---

**SEOUL SEMICONDUCTOR CO., LTD., SEOUL VIOSYS CO., LTD.,**
*Plaintiffs*

**v.**

**FINELITE, INC.,**
*Defendant/Third Party Plaintiff-Appellant*

**v.**

**SAMSUNG SEMICONDUCTOR, INC.,**
*Third-Party Defendant-Appellee*

---

2025-1712

---

Appeal from the United States District Court for the Northern District of California in No. 3:22-cv-02869-TLT, Judge Trina L. Thompson.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 13, 2026
Date